ROBERT WALKER, Appellant, v. FRANCIS MARX et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

CATHERINE WILLIAMS et al., Respondents, v. TOWN OF OYSTER BAY, Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.